JOHN L. BURRIS, ESQ.  CSB#69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California  94621-1939
Tel: (510) 839-5200
Fax: (510) 839-3882
E/M: John.Burris@JohnBurrisLaw.com

Attorneys for plaintiff
KENITRA RAE NEWMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENITRA RAE NEWMAN,<br><br>　　　　Plaintiff,<br><br>　　vs<br><br>CITY OF OAKLAND, a municipal corporation; ERICA MCGLASTON, as a CITY OF OAKLAND police officer and individually; and DOES 1 - 25, inclusive,<br><br>　　　　Defendants.<br>_____/ | NO.  C08 00311 EMC<br><br>EX PARTE APPLICATION AND DECLARATION IN SUPPORT OF REQUEST FOR DISMISSAL (COMPLAINT NOT SERVED) |

　　　The complaint in this matter was filed on January 16, 2008 and remains unserved.  Plaintiff requests that the complaint and all causes of action be dismissed <u>with prejudice</u>.

　　　I, John L. Burris, declare and represent that I am counsel of record for plaintiff Kenitra Rae Newman and that plaintiff requests that this case be dismissed in its entirety and with prejudice.  The complaint has not been served upon defendants.

　　　The foregoing is true and correct and all representations herein are stated on my personal knowledge under penalty of

EX PARTE APPLICATION AND AFFIDAVIT ON REQUEST OF DISMISSAL　　1

1  perjury. This declaration is executed in Oakland, California
2  on March 10, 2008.

3                                          /s/ John L. Burris

EX PARTE APPLICATION AND AFFIDAVIT ON REQUEST OF DISMISSAL    2